CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 27 2007

JOHN F. CORCORAN, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CATHY BEAMER,<br>       Plaintiff, | Civil Action No. 7:06cv00454 |
| v. | **ORDER** |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br>       Defendant. | By: Hon. James C. Turk<br>    Senior United States District Judge |

This case presently is before the court on Plaintiff's objections to the Report and Recommendation of the presiding Magistrate Judge. The Court heard oral arguments on September 20, 2007. For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ADJUDGED AND ORDERED**

the Magistrate Judge's Report and Recommendation shall be accepted and the final decision of the Commissioner shall be **AFFIRMED**.

The Clerk of Court is directed to strike this matter from the Court's active docket, and to send copies of this Order and the accompanying Memorandum Opinion to all counsel of record.

ENTER: This 27th day of Sept., 2007.

/s/ James C. Turk
Senior United States District Judge